Larnette M. **WESTBROOK,**
**Petitioner—Appellant,**

v.

**UNITED STATES of America,**
**Respondent—Appellee.**

No. 09–7399.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 29, 2009.

Larnette M. Westbrook, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larnette M. Westbrook, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Westbrook v. United States*, No. 1:09–cv–00047–IMK–JSK, 2009 WL 1752209 (N.D.W. Va. June 18, 2009). We also deny Westbrook's motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*